IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID ANGEL SIFUENTES, III                                   PLAINTIFF

v.                              CIVIL NO. 5:26-cv-05145

WALMART, INC.                                                DEFENDANT

### O R D E R

On June 17, 2026, Plaintiff filed a complaint against Walmart, Inc., alleging damages due to a data breach that occurred on or around January 2024, which revealed personally identifying information contained in his consumer profile and account with walmart.com. (ECF No. 2). Plaintiff states that Diversity of Citizenship exists Plaintiff filed a Motion for Leave to Proceed In forma Pauperis (IFP) on the same date. (ECF No. 3).  Before the undersigned is Plaintiff's Motion for Service upon the named Defendant and Motion to Proceed IFP. (ECF Nos. 3, 4).  Plaintiff's application to proceed IFP is hereby granted. (ECF No. 3).

Having reviewed the Complaint, the Court finds that service is appropriate and hereby directs the United States Marshal to serve Defendants with a copy of the Amended Complaint and this Order. (ECF No. 6).  The Clerk is directed to prepare and issue summons and a USM 285. Defendant may be served at:

Walmart Inc.
Attn: Office of the Corporate Secretary / Legal Department
702 SW 8th Street
Bentonville, AR 72716

Defendant may be served by certified mail with a return receipt requested. Defendant is to be served without prepayment of fees and costs or security therefor.

**Defendants are ordered to Answer within twenty-one (21) days from the date of service.** Plaintiff will have twenty-one (21) days to reply thereafter.

IT IS SO ORDERED this 22nd day of June 2026.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE